# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:18-CR-105-DBH |
| | ) |
| KEITH PHILLIPS, | ) |
| DEFENDANT | ) |

## ORDER ON DEFENDANT'S MOTION FOR RELIEF REGARDING RESTITUTION OBLIGATION

The defendant has requested relief on the basis that the Bureau of Prisons (BOP) was treating him as owing far more restitution than he was obliged to pay, given law enforcement's recovery of money at the time they arrested the defendant. Def.'s Mot. (ECF No. 59). The government responded, stating that the BOP had now corrected its records to reduce the restitution appropriately and attaching a BOP document purportedly making the correction. Gov't Response (ECF No. 61). The defendant has not replied to the government's latest filing.

Accordingly, I conclude that the mistake has been corrected and that no further court action is required.

**SO ORDERED.**

**DATED THIS 25TH DAY OF OCTOBER, 2019**

/s/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**