## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CRIMINAL NO. 2:18-CR-105-DBH** |
| **KEITH PHILLIPS,** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

## ORDER ON MOTION FOR COMPASSIONATE RELEASE

The defendant Keith Phillips has moved for compassionate release due to COVID-19 risks (ECF No. 63). The relevant part of the statute provides that a defendant can seek compassionate release from the court "after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf *or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility*, whichever is earlier . . . ." 18 U.S.C. § 3582(c)(1)(A) (emphasis added). Phillips says that he "ha[s] already exhausted the remedies" at his prison, Mot. at 2, but he does not attach documentation of a request to the Warden or say when he made the request. Since he has not shown that the statutory 30 days have passed, his motion is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED.**

**DATED THIS 12TH DAY OF AUGUST, 2020**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**